ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Petition of -- | ) | |
| | ) | |
| IAP Worldwide Services, Inc. | ) | ASBCA No. 62080-991 |
| | ) | |
| Under Contract No. FA8108-17-D-0011 | ) | |

APPEARANCES FOR THE PETITIONER:    Dustin P. Monokian, Esq.
    IAP World Services, Inc.
    Cape Canaveral, FL

    Katherine S. Saphier, Esq.
    IAP World Services, Inc.
    Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Christopher M. Judge, Esq.
    Trial Attorney

ORDER OF DISMISSAL

By letter dated May 23, 2019, IAP Worldwide Services (IAP) filed a petition under Board Rule 1(a)(5) for an order directing the contracting officer to issue a final decision on a claim dated December 3, 2018. The Board docketed that petition as ASBCA No. 62080-991. In its response to the Board's show cause notice, the government notified the Board that it would issue a decision by July 5, 2019.

By letter dated July 9, 2019, IAP informed the Board that because the government had not yet issued a decision, it was filing a notice of appeal of its claim as a deemed denial. The Board docketed that appeal as ASBCA No. 62129. The parties have now notified the Board that they have executed a settlement agreement and are awaiting final payment of the settlement amount.

By Order dated August 1, 2019, the Board informed the parties that it intended to dismiss the petition unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party. Accordingly,

the petition is dismissed as moot. Due to an administrative error, the Board's dismissal was delayed until this date. The petition is hereby dismissed as moot.

Dated: January 10, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62080-991, Petition of IAP Worldwide Services, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals